# MEMO ENDORSED

## LIPMAN & PLESUR, LLP

PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW

THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050

1350 BROADWAY • SUITE 2500 • NEW YORK, NY 10018-7802 • 212-661-0085

FACSIMILE 516-931-0030

attorneys@lipmanplesur.com

**VIA E-MAIL to: sullivannysdchambers@nysd.uscourts.gov**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/10
```

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

May 21, 2010

> Re:   <u>Maeve Laverty, Individually and On Behalf of All Others Similarly
> Situated v. Alan Wasser Associates LLC, Creature Production
> Company LLC, Immersion Edutainment America, LLC and Fader
> Higher Management LLC</u>
> 10 cv 1584 (RJS) (KNF)

Dear Judge Sullivan:

We represent plaintiff and the putative opt in class in the above-referenced matter. This letter is jointly submitted by all parties.

Pursuant to Your Honor's May 14, 2010 Order, the parties have agreed that this case may proceed on a collective action basis. The parties have also agreed to the categories of employees who will receive notice and that a third party settlement administrator will send the notices.

The parties are working on a proposed notice and would like to submit a revised case management plan that focuses discovery on the plaintiff and those who opt-into the case. The parties hope to agree on a proposed notice and revised scheduling plan that ties the

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
May 21, 2010
Page 2

discovery schedule to the date that the opt-in period expires and jointly request until May 27, 2010 to provide the Court with a proposed notice and revised scheduling order or a status letter that outlines any differences.

Respectfully,

Robert D. Lipman

RDL:ljt

cc:     Joshua F. Alloy, Esq., Proskauer Rose LLP
        Bijan Amini, Esq., Storch Amini & Munves, P.C.
        Steven R. Anderson, Esq., Faegre & Benson LLP
        Elise M. Bloom, Esq., Proskauer Rose LLP
        John B. Gordon, Esq., Faegre & Benson LLP
        Matthew D. Kane, Esq., Storch Amini & Munves, P.C.
        Bernard Plum, Esq., Proskauer Rose LLP
        David A. Robins, Esq.

SO ORDERED
Dated: 5/24/10

RICHARD J. SULLIVAN
U.S.D.J.