UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAEVE LAVERTY,

          Plaintiff,

-v-

ALAN WASSER ASSOCIATES, LLC, *et al.*,

          Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/10
```

No. 10 Civ. 1584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On May 27, 2010, the parties submitted to the Court a joint letter, a case management plan, and a proposed notice of pendency of collective action lawsuit. The Court approves the proposed notice of pendency and method of distribution. However, IT IS HEREBY ORDERED that the parties shall submit a revised case management plan with specific dates, e.g "July 15, 2010" rather than "45 days following distribution of the collective action notice." The parties shall e-mail the revised case management plan, by no later than June 4, 2010 at 4:00 p.m., to sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    May 28, 2010
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE